IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISLYN BLACKWOOD, ) | 1:08-cv-00074-AWI-GSA |
| ) | |
| Plaintiff, ) | ORDER REGARDING |
| ) | STIPULATION TO FILE A |
| vs. ) | FIRST AMENDED |
| ) | COMPLAINT |
| ) | |
| SUN LIFE ASSURANCE COMPANY ) | (Document 24) |
| OF CANADA, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the stipulation of the parties filed on April 28, 2008, Plaintiff may file her proposed amended complaint. Plaintiff is directed to file the amended complaint within ten (10) days of the date of this order. Defendants' response or objection to the amended complaint shall be filed on or before May 25, 2008.

IT IS SO ORDERED.

**Dated:   May 5, 2008**            /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE