IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISLYN BLACKWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendants. | CV F 08-0074 AWI GSA<br><br>ORDER VACATING HEARING DATE OF AUGUST 18, 2008, AND TAKING MATTER UNDER SUBMISSION. |

    In this action pursuant to the Employee Retirement Income Security Act ("ERISA"), Plaintiff Cislyn Blackwood ("Plaintiff ") has noticed for hearing and decision a Motion to Augment the Administrative Record.  The matter was scheduled for oral argument to be held on August 18, 2008.  The Court has reviewed Plaintiff's motion, Defendants' opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 18, 2008, is VACATED, and no party shall appear at that time.  As of August 18, 2008, the matter will be taken under submission and the court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 13, 2008                 /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE