

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISLYN BLACKWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, ET AL.,<br><br>    Defendant. | Case No. 1:08-CV-0074-AWI-GSA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation between the parties and their respective counsel, it is hereby

ORDERED that this action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: 5-29-09

_____
Hon. Anthony W. Ishii

Stip Dismiss with
Prejudice - Order

7325935.2 (OGLETREE)